# United States Bankruptcy Court
## District of Colorado

In re: **Three Points Center North Carolina, LLC**
Debtor(s)

Case No.
Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Three Points Center North Carolina, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Dave Strang**
263 S LARKSPUR DRIVE
Castle Rock, CO 80104

**Dr. Norman Thibault**
424 E SKY VIEW DRIVE
Washington, UT 84780

**Houghton Financial Management, LLC**
1083 E. Crooked Creek
Washington, UT 84780

**Jam Capital, LLC**
c/o John Schmidt
784 International Isle Dr.
Castle Rock, CO 80108

**Larry Gabele**
12514 BURCH BLUFF COURT
San Diego, CA 92131

**Michael Perez**
PO BOX 880
Castle Rock, CO 80104

**Michael Thompson**
10240 CROOKED STICK TRAIL
Lone Tree, CO 80124

**Nicole Thibault**
1608 CYPRESS WAY
Castle Rock, CO 80108

**Thane Palmer**
1430 S. 325 W. Hurricane
Hurricane, UT 84737

☐ None [*Check if applicable*]

**March 19, 2025**    /s/ Aaron A. Garber

|  |  |
|---|---|
| Date | **Aaron A. Garber 36099** |
|  | Signature of Attorney or Litigant |
|  | Counsel for **Three Points Center North Carolina, LLC** |
|  | **Wadsworth Garber Warner Conrardy, P.C.** |
|  | **2580 West Main Street** |
|  | **Suite 200** |
|  | **Littleton, CO 80120** |
|  | **303-296-1999 Fax:303-296-7600** |
|  | **agarber@wgwc-law.com** |